UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHAEL KAPPEL

    -against-

THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA
-----------------------------------------------------------------x

AFFIDAVIT OF SERVICE
CASE No. 07 CIV 6713

STATE OF NEW YORK )
                       ) ss.
COUNTY OF QUEENS )

    Anthony Arnold, being duly sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

    On July 31, 2007, at approximately 3:30 pm at 25 Beaver Street, 4th Floor, New York, NY 10004, Deponent served the within Summons in a Civil Case and Complaint, Individual Practices of Judge Stephen C Robinson, Individual Practices of Magistrate Judge Lisa Margaret Smith, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, Consent to Exercise of Jurisdiction, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing 3rd Amended Instructions for Filing an Electronic Case or Appeal upon **The Prudential Insurance Company of America** by delivering to and leaving with P. Norris, Legal Assistance at the New York State Insurance Department, a true a correct copy of said documents.

    At the time of said service P. Norris stated that she is authorized to accept service for New York State Insurance Department on behalf of The Prudential Insurance Company of America, And Deponent Tendered a Processing Fee of $40

    P. Norris is described as a Black female, approximately 5'8" tall, 45-48 years old, 140 lbs. and has black hair.

                                                                  _____
                                                                  Anthony Arnold

Sworn to before me this
27 day of July, 2007

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty; New York City
Commission Expires November 17, 2009