UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| MICHAEL KAPPEL, | : | |
| Plaintiff, | : | 07 Civ. 6713 (SCR) |
| - against - | : | **RULE 7.1 STATMENT** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant The Prudential Insurance Company of America certifies the following:

The Prudential Insurance Company of America is an indirect, wholly owned subsidiary of Prudential Financial, Inc., a publicly traded corporation. The Prudential Insurance Company of America is owned by Prudential Holdings, LLC. Prudential Holdings, LLC is owned by Prudential Financial, Inc.

Dated:   White Plains, New York
         August 21, 2007

                               WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                               By: <u>Emily A. Hayes</u>
                                     Fred N. Knopf (FNK 4625)
                                     Emily A. Hayes (EH 5243)
                                     3 Gannett Drive
                                     White Plains, New York 10604-3407
                                     Phone (914) 323-7000
                                     Facsimile (914) 323-7001

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on August 21, 2007, the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ _Emily A. Hayes_____
                                      Emily A. Hayes (EH 5243)
                                      3 Gannett Drive
                                      White Plains, New York 10604-3407
                                      Phone (914) 323-7000, Ext. 4165
                                      Facsimile (914) 323-7001
                                      emily.hayes@wilsonelser.com

WPDOCS01 1671660v.1