UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| MICHAEL KAPPEL, | : | |
| Plaintiff, | : | 07 Civ. 6713 (SCR) |
| - against - | : | **NOTICE OF APPEARANCE** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for defendant The Prudential Insurance Company of America.

I certify that I am admitted to practice in this Court.

Dated:   White Plains, New York
         August 21, 2007

                                        Respectfully submitted,

                                        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                        By: /s/ Fred N. Knopf
                                            Fred N. Knopf (FNK 4625)
                                            Emily A. Hayes (EH 5243)
                                            *Attorneys for the Defendants*
                                            3 Gannett Drive
                                            White Plains, New York 10604
                                            (914) 323-7000

## CERTIFICATE OF SERVICE

  I hereby certify that on August 21, 2007, the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

              /s/ _Fred N. Knopf_____
              Fred N. Knopf (FNK 4625)
              3 Gannett Drive
              White Plains, New York 10604-3407
              Phone (914) 323-7000
              Facsimile (914) 323-7001
              fred.knopf@wilsonelser.com