# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000   Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

Emily Hayes
Emily.Hayes@WilsonElser.com

October 16, 2007

**BY FACSIMILE**

Honorable Charles L. Brieant, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Kappel v. The Prudential Insurance Company of America, 07 Civ. 6713 (CLB)
Our File No. :  09720.00255

Dear Judge Brieant:

We represent defendant The Prudential Insurance Company of America ("Prudential") in this matter, and write with John Fried, counsel for plaintiff Michael Kappel, to inform the Court that the parties have agreed to use private mediation to mediate this matter. Because Mr. Fried is representing Mr. Kappel pro bono, Prudential has agreed to pay the cost of the mediation with certain restrictions to be worked out by the parties.

Thank you very much for your attention to this matter.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Emily Hayes

cc: John Fried, Esq.

1717084.1