# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000   Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

Emily Hayes
Emily.Hayes@WilsonElser.com

November 29, 2007

**BY FACSIMILE**

Honorable Charles L. Brieant, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Re:   Kappel v. The Prudential Insurance Company of America, 07 Civ. 6713 (CLB)
>       Our File No.   :    09720.00255

Dear Judge Brieant:

We represent defendant The Prudential Insurance Company of America ("Prudential") in this matter, and write with John W. Fried, counsel for plaintiff Michael Kappel, to inform the Court that the parties have reached a settlement. Enclosed is a stipulation of discontinuance signed by counsel for both parties, which has also been submitted to the Clerk of Court. The parties therefore request that the November 30, 2007 status conference be cancelled.

Thank you very much for your attention to this matter.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Emily Hayes* (signature)

Emily Hayes

cc: John W. Fried, Esq.

1821296.2