UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MICHAEL KAPPEL,                                         :

                       Plaintiff,          :        07 Civ. 6713 (CLB)

        - against -                                :

THE PRUDENTIAL INSURANCE COMPANY OF      :        **STIPULATION OF**
AMERICA,                                                      **DISCONTINUANCE**
                             :

             Defendant.                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, plaintiff Michael Kappel and defendant The Prudential Insurance Company of America, through their undersigned counsel, that this action against Defendant be and hereby is discontinued with prejudice and without costs to any party, with leave granted to Plaintiff to restore the case to the calendar if Defendant does not make the settlement payment within fifteen days.

Dated:    White Plains, New York
            November 29, 2007

John W. Fried, Esq.
Fried & Epstein, LLP
Attorneys for Plaintiff
1350 Broadway, Suite 1400
New York, NY 10018
(212) 268-7111

Emily A. Hayes (EH 5243)
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
Attorneys for Defendant
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

So Ordered   November 29, 2007

USDJ

1821836.1